# UNITED STATES of America, Plaintiff–Appellee,

v.

# Michael JEFFERSON, Defendant–Appellant.

### No. 01–7181.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 28, 2001.

Decided Dec. 19, 2001.

Michael Jefferson, Appellant Pro Se. Christine Manuelian, Martin Joseph Clarke, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Michael Jefferson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a

certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Jefferson,* Nos. CR–95–491–MJG; CA–00–2291–MJG (D.Md. Apr. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*